DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH WORRELL,**
Appellant,

v.

**MARCELLA WORRELL,**
Appellee.

No. 4D14-1260

[August 12, 2015]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 070007656DR.

Joseph L. Worrell, West Palm Beach, pro se.

Pamela Jo Bondi, Attorney General, and William H. Branch, Assistant Attorney General, Tallahassee, for appellee Department of Revenue.

PER CURIAM.

Appellant challenges an appeal of a post-dissolution Order on Respondent's Notice of Contest of Delinquency and Impending Judgment. To the extent he claims that the delinquency is in error because of fraudulent affidavits filed by his former wife in the original dissolution proceeding, that issue was already litigated and resolved against him. *See Worrell v. Worrell*, 23 So. 3d 199 (Fla. 4th DCA 2009). His other claims involve issues not covered by the judgment on appeal and thus are premature.

*Affirmed.*

WARNER, MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***